■ RAYMOND B. POWELL et al., Appellants, v TARANTINO FOODS, INC., Doing Business as TARANTINO's, Respondent. (Appeal No. 2.) [652 NYS2d 562] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Reargument.) Present—Denman, P. J., Green, Pine, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABRAM COTTON, Appellant. [652 NYS2d 581] —Judgment unanimously affirmed. Memorandum: Upon our review of the record, we conclude that the sentence is neither unduly harsh nor severe. We have considered the contentions raised in defendant's *pro se* supplemental brief and conclude that they are without merit. (Appeal from Judgment of Monroe County Court, Bristol, J.—Robbery, 1st Degree.) Present—Lawton, J. P., Fallon, Doerr, Balio and Boehm, JJ.